IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00241-BO-RN

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | MOTION TO UNSEAL CASE |
| CORTNEY HIGHSMITH | ) | IN ITS ENTIRETY |
| LUIS MARTINEZ | ) | |
| ROBERTO MARTINEZ | ) | |
| STEVEN MARTINEZ | ) | |
| GILBERTO HERNANDEZ | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves to unseal this case in its entirety. At a hearing on August 17, 2023, the government mistakenly requested that Defendant Cortney Highsmith's case sealed. However, the entire case was ultimately sealed. The government now requests this Court unseal the case in its entirety. The government is not aware of any basis to keep the case sealed.

Respectfully submitted this 23rd day of August, 2023.

MICHAEL F. EASLEY, JR
United States Attorney

BY: *Roberta J. Oom for*
JULIE A. CHILDRESS
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
E-Mail: julie.childress@usdoj.gov
NC State Bar No.: 51726